Jerome L. Grin___
263 Vernon Street
San Francisco, CA. 94132
Futuristic Safety First
Children Safety And Welfare Program*
HOME BASED BUSINESS OFFICE
(415) 584-1454 (H), (415) 624-58___

FOR THE Northern District Of California

JAN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Temporary Mailing Address:
Jerome L. Grin__
Prisoner I.D. #: 246___
Jail #: 575.913
Redwood City Jail
300 Bra___ 3rd St, Redwood City, CA. 94063
Case # __012(, A

Jerome L. Grin___
Plaintiff,

V.

11. Deputy Siragusa #:
12. Deputy Caballeros #:
1. Deputy Overman #:
(AKA: Overton) (AKA: Kinsman) (AKA: Kovechovich
(AKA: Murphy) * (AKA: Headman) *
(AKA: Hall) FORENSIC GEONOMICS *(AKA: Olson)

CV 08 0292

(PR)     Complaint No.

"Co-Kidnapping: 12/26/07"
Invasion Of Privacy
With Illegal Imp.
Tele-Tooth Chips
With Terror Intent

"Conspiracy"

"Child Abductions mass
Concealments And
Interference Of
The Investigation"

"Attempt Of Pen.C.
470, With
Terror Intent"

"Attempt Of
Pen.C. 522
With Terror
Intent By
State Actors"

"Pen.C. 531(a) With
Terror Intent B,
State Actors"

"Evidence Planting
Using Stolen
Underwear, On,
January 03, 2008
Disguised As
Contraband &
Fabricated/Framed
Future Crimi.
Cases Against, Me"

"1970's Jonestown Child
molestation mass
Murders suicide
Frame-Ups"
"1994 WTC Terror"

Defendants.

I. Jurisdiction

Under the jurisdiction of the Federal
Constitution Rights To Privacy Pursuant...

2) "U.S. Constitution", "Conspiracy"
"Premeditated Attempt Of Penal Code 3439 With
Gift Disguised Property Using Physical Abuses,
Elderly Abuses, And, Covert Murder Terror
By: State Actors, Co-Horts, Criminal ← (And)
Impersonators In Alleged Hier Disguises",
"Co-kidnapping: "02/19/01 : 06/29/03" ),
[mountain view frame-up arrest] [Radio Shack] [U.C. Berkeley]
[Loris 76 and Anaheim] "07/09/03 - 08/06/04" ), [Fremont BART station]
"[Alameda County] [Case#: CO5-3622] [Walgreens, Fremont, CA]
"[76 Gas Station, Alameda County, Oakland, CA] August, 2005: Attempt
Premeditated: 10/25/05 Murder" ) [Chevron Gas station]
[San Francisco County + City, San Francisco, CA] Premeditated:- [Case#: CO6-2799]
12/22 (29)/05: Hijack-Post-09/11/01: Through: 06/16/07"
And, "12/26/07 ")  [San Mateo County, Belmont Cal Train Stain, CA]
[Child Abduction Investigation Interference Interferences]
Invasion of
Privacy With Violent Crime Implant Of Western
Dental Tele-Tooth Chip: March, 1994 (06/07/94)
And: 1995 Year, Imp. Chip With Terror Intent"
"Multiple Child Abductions Of Plaintiff's
Multiple Newborns Premeditated Multiple
Years By The Biological Mothers And Their [Child Abductions Concealments]
Crimes/Co-Horts/Fake-Daddys, And, Defendants,"
Et., Al.,

(2 of 3)

II.   In-Route

III.  In-Route

IV.  In-Route

V.  Previous Lawsuits
  1. Jerome L. Grimes    v. Robert Schraeder,
                             Mr. Headman,
                             Ms. Headman,
U.S. Dist. Ct. Northern   Mr. Perchal)
Civil Complaint No.: Distr.   (AKA: Wallace)
VI.  In-Route              (Common name
VII. In-Route              to taint + color
                           with terror intent,
Dated: January 10, 2008    [1477-02/10/89)  (07/27/81)
  Jerome L. Grimes
  Jerome L. Grimes"

"U.S. Dirty Bomb-
Replica Run Artists
And Especially
Close-Quarters
Covert Terror-
Attacks, Especially,
State Actor,
Defendant # 6 "
"1980 Olympic West
Coast Airplane
Bombing- Malfunction
Frame-Up" Terror"
"March 02, 2006,
Premeditated, (11)
Eleven, Nights, Of,
Covert Acid Drops
In Plaintiff's Mouth
To Attempt Of
Murder With Plastic
Surgery Gone Bad
Attempt And Disguise
Using Trauma Lower
Mandibular Terror"
"Attempt Of Penal-
Code 3439 With
Terror Intent",
"Copyrights Infringement
With Terror Intent",
"Toilet Paper Poisoning-
Bootleg Toilet Paper Mass-
Close-Quarters And-
Regular Culture Covert
Hemmoroid Inducing-
Surgery Terror Pre-
And Post-09/11/01-
Terror", "Remote Control
Brakes On Automobiles And
Planted Oil Slick(s) On
Rainy Days Terror"

"Lie Detector Test, Defendants, for, Anthrax Terror Planning 2008, 2010, & 2011 Years,"

01/10/08
JD

In-Route

(3 of 3)

[Def. #11 + Def. #12]
"Mail Tamperings; 01/07/0[?]  [01:00 Hours]
(&400 Hours) 01/06/08 ) of Legal Mail",

"Oklahoma City Bombin[g]
(Especially Def.#7) → 1202 Terror Ch[?]
Deputy Underwood    01/07/08, 1541 H[?]
White Rattling, Hi[?]
Keys,

"Post-09/11/01 Close Quarte[r]
Bacillius/Super Bacteri[a]
Terror In Jail Cell,
S East, 1842 Hours,
January 10, 2008,
Including, but not
limited to, Covert
Attack, Against
Victims/Prisoners/
Inmates In Cell 36,
Etc., by, Defendant,
Deputy Cloney #—
Bacillius Drop In
Plaintiff's Shirt
Pocket, Disguised
As Shirt Pocket
Search/Cell Searc[h]
And, "Covert Terroris[m]
mass Kidnapping
with Terror Inten[t]
Crime Frame-Up
Modus Operandi"



Jerome C. Grimes
Prisoner I.D. #: 246721
Jail #: 575413
Case #: SF235572SA
Redwood City Jail
San Mateo County Jail
300 Bradford Street
Redwood City, CA. 94063

Legal Mail -
- Confidential

SAN FRANCISCO CA 941
11 JAN 2008 PM 6 L

LEGAL MAIL

United States District Court
P.O. Box 36060
450 Golden Gate Avenue
San Francisco, CA. 94102