IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY OVERMAN, et al.,<br><br>    Defendants. | No. C 08-00292 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> application. The Clerk sent Plaintiff a blank <u>in forma pauperis</u> application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the <u>in forma pauperis</u> application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 4/30/08

                                      CLAUDIA WILKEN<br>                                      UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.08\Grimes0292.DISIFP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

        Plaintiff,

  v.

DEPUTY SIRAGUSA et al,

        Defendant.

Case Number: CV08-00292 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes #246721
San Mateo County Jail
Jail #575413
300 Bradford Street
Redwood City, CA 94063

Dated: April 30, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk